IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 02-cv-00133-ZLW

BERNARD J. SHATTUCK,

    Applicant,

v.

JUANITA NOVAK, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The following motions filed by Applicant on April 28, 2006, are denied for the same reasons set forth in the Court's Order Denying Motions filed on March 29, 2006: (1) "Petition for Limited Remand, Pursuant to Civil Action Rule 60(b)(4), that was Dismissed, Without Just Cause, With Prejudice;" (2) "Petitioner, Petitions This Court for Appointment of Counsel, Pursuant to 28 § 3006(A);" (3) "Petitioner, Petitions this Honorable Court to Recuse Yourself From this Instant Case, Which is Required Pursuant to 28 U.S.C.A. § 455(a), if Prejudice Action Occurred;" (4) "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915." In addition, the motion titled "Petitioner Request Extension of Time, (30) Days, if this Rule 60(b)(4) Should Have Been Sent to the Tenth Circuit, Requesting Limited Remand" filed on April 28, 2006, is denied.

Dated: May 2, 2006

Copies of this Minute Order were mailed on May 2, 2006, to the following:

Bernard Shattuck
Reg. No. 49242
CTCF
P.O. Box 1010
Canon City, CO 81215

                                         Secretary/Deputy Clerk