IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 5 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 02-cv-00133-ZLW

BERNARD J. SHATTUCK,

    Applicant,

v.

JUANITA NOVAK, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The following motions filed by Applicant on June 1, 2006, are denied: (1) "Petitioner, Petitions This Honorable Court to Continue to Include All Habeas Petitions, That Have Been Submitted to This Court Since February 2006, Pursuant to Federal Civil Action Rule 60(b)(3) and (4) Without Prejudice;" and (2) "Petitioner, Petitions This Honorable Court to Continue to Adjudicate on the Merit of This Petitioner's Civil Action Rule 60(b)(3) and (4), Because This Court Cannot Dismiss This Said Petition on a Minor Infraction, Pursuant to Federal Rule 12(b)(6) (With Prejudice)."

Dated: June 5, 2006

Copies of this Minute Order mailed on June 5, 2006, to the following:

Bernard Shattuck
Prisoner No. 49242
CTCF
PO Box 1010
Canon City, CO 81215- 1010

                                            Secretary/Deputy Clerk