IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00133-ZLW

BERNARD J. SHATTUCK,

    Applicant,

v.

JUANITA NOVAK, and
KEN SALAZAR, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 1 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The following documents filed on November 28, 2006, will not be considered and are DENIED because this action is closed: (1) "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915;" (2) "Applicant Petitions This Court for an Appointment of Counsel, Pursuant to the Federal Standars [sic] Section 28 § 3006(A);" (3) "Petition This Federal Court, to not Allow (Zita Weinshienk) Senior Judge of the United Stats [sic] District Court, Her Right to Adjudicate on the Merits of a Writ of Mandamus, on the Grounds Offered in the Said Writ, Pursuant to § 455(a)(b)(1);" and (4) "Writ of Mandamus."

Dated: December 1, 2006

Copies of this Minute Order mailed on December 1, 2006, to the following:

Bernard Shattuck
Prisoner No. 49242
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

                                            Secretary/Deputy Clerk